UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN ROBERT GALLEGOS,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, et al.,<br><br>Defendants. | No. 2:22-cv-01790-DAD-EFB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS<br><br>(Doc. No. 22) |

Plaintiff Benjamin Robert Gallegos is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 10, 2023, the assigned magistrate judge screened plaintiff's first amended complaint ("FAC") filed in this action and found that plaintiff had stated "a potentially cognizable Fourteenth Amendment right to marry claim against defendant Ebert," but that plaintiff had failed to state any other cognizable claims against defendant Ebert and failed to state any cognizable claim against the other defendants named in plaintiff's FAC. (Doc. No. 16.) Plaintiff was granted leave to file a second amended complaint or notify the court of his willingness to proceed only on the claim found to be cognizable in the screening order within thirty (30) days after service of the screening order. (*Id*. at 5.) On June 22, 2023, plaintiff notified the court that he

1  was willing to proceed only on the claim identified by the magistrate judge in the screening order
2  as cognizable. (Doc. No. 20.)

3      Consequently, on June 30, 2023, the assigned magistrate judge issued findings and
4  recommendations recommending that this action proceed only on plaintiff's claim found to be
5  cognizable in the screening order and that all other claims brought by plaintiff in his FAC and all
6  other defendants named in the FAC be dismissed. (Doc. No. 22.) The pending findings and
7  recommendations were served on plaintiff and contained notice that any objections thereto were
8  to be filed within fourteen (14) days after service. (*Id*. at 1–2.) To date, no objections have been
9  filed, and the time in which to do so has now passed.

10      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
11  *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the
12  findings and recommendations are supported by the record and proper analysis.

13      Accordingly,

14      1.    The findings and recommendations issued on June 30, 2023 (Doc. No. 22) are
15          adopted in full;

16      2.    This action shall proceed on plaintiff's Fourteenth Amendment right to marry
17          claim against defendant Ebert;

18      3.    All other claims brought by plaintiff in this action and all other defendants named
19          in plaintiff's FAC are dismissed;

20      4.    The Clerk of the Court is directed to update the docket to reflect the termination of
21          all defendants except defendant Ebert; and

22      5.    This action is referred back to the assigned magistrate judge for further
23          proceedings consistent with this order.

24      IT IS SO ORDERED.

25  Dated:   **August 10, 2023**
26                                        UNITED STATES DISTRICT JUDGE