UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN ROBERT GALLEGOS, | No. 2:22-cv-01790-DAD-EFB (PC) |
| Plaintiff, | |
| v. | ORDER |
| CDCR, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel this action brought under 42 U.S.C. § 1983.  On August 10, 2023, the court found that plaintiff had stated a potentially cognizable Fourteenth Amendment claim against defendant Ebert.  ECF No. 29.  On September 5, 2023, defendant Ebert moved to dismiss the complaint on the grounds of failure to state a claim and qualified immunity.  ECF No. 32.  Plaintiff filed an opposition on October 10, 2023.  ECF No. 35.  Plaintiff has now filed a motion for discovery, seeking, among other things, records of his inmate appeals.  ECF No. 37.

Plaintiff's discovery motion is improper.  Such requests must be made directly on defendant and are not to be filed with the court "until they are used in the proceeding [e.g., to support or oppose a motion to compel, to dismiss, or for summary judgment] or the court orders filing."  Fed. R. Civ. P. 5(d)(1)(A).  Plaintiff must pursue the discovery of information through the processes provided in the Federal Rules of Civil Procedure, Rules 26-37, once a discovery and

1

scheduling order has been issued by the court. The schedule will issue if and when the motion to dismiss is resolved in plaintiff's favor.

Accordingly, it is hereby ORDERED that plaintiff's October 13, 2023 motion for discovery (ECF No. 37) is DENIED.

So ordered.

Dated: October 16, 2023

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE