1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   BENJAMIN ROBERT GALLEGOS,                    No.  2:22-cv-01790-DAD-EFB (PC)

12                  Plaintiff,

13          v.                                     ORDER ADOPTING FINDINGS AND
                                                   RECOMMENDATIONS
14   CALIFORNIA DEPARTMENT OF
     CORRECTIONS & REHABILITATION,                 (Doc. Nos. 32, 38, 53, 55)
15   et al.,

16                  Defendants.

17

18          Plaintiff Benjamin Robert Gallegos is a state prisoner proceeding *pro se* and *in forma*

19   *pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This matter was referred to

20   a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21          On August 26, 2024, the assigned magistrate judge issued findings and recommendations

22   recommending that:  (i) plaintiff's motion for leave to amend his operative complaint to add

23   defendants and bring claims against those defendants (Doc. No. 36) be denied; (ii) the motion to

24   dismiss filed by defendant Ebert (the sole defendant remaining in this action) (Doc. No. 32) be

25   granted with prejudice; (iii) plaintiff's motion for preliminary injunctive relief (Doc. No. 38) be

26   denied; and (iv) plaintiff's motion to consolidate this case with a separate lawsuit brought against

27   defendant Ebert (Doc. No. 53) be denied.  (Doc. No. 55.)  The findings and recommendations

28   were served on the parties and contained notice that any objections thereto were to be filed within

                                                   1

1   fourteen (14) days after service.  (*Id*.)  To date, no objections to the pending findings and

2   recommendations have been filed, and the time in which to do so has now passed.

3       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a

4   *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the

5   findings and recommendations are supported by the record and by proper analysis.

6       Accordingly,

7       1.   The findings and recommendations issued on August 26, 2024 (Doc. No. 55) are

8            adopted in full;

9       2.   Plaintiff's motion for leave to amend his operative complaint to add defendants

10           and bring claims against those defendants (Doc. No. 36) is denied;

11      3.   Defendant's motion to dismiss (Doc. No. 32) is granted;

12      4.   Plaintiff's motion for preliminary injunctive relief (Doc. No. 38) is denied;

13      5.   Plaintiff's motion to consolidate cases (Doc. No. 53) is denied;

14      6.   This action is dismissed, without leave to amend; and

15      7.   The Clerk of the Court is directed to close this case.

16      IT IS SO ORDERED.

17  Dated:   **September 16, 2024**                   _Dale A. Drozd_

18                                          DALE A. DROZD
                                            UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28

2